■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM KUYAL (True Name — ORISON WYNCOOP), Appellant.— Order affirmed. All

concur. (Appeal from an order of Erie County Court denying defendant's motion to vacate a conviction and directing that he be produced before the court to show cause why judgment of the court should not be pronounced against him.) Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Williams, JJ.